**No. 43106.**—Protest 11185–K of London House Ltd. (New York).

Opinion by Brown, J.  It was stipulated that the merchandise consists of clothes brushes and hat brushes similar to those the subject of *United States* v.

*Heinrich, Hermann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.